UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARLANDO BOYD, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:05-CV-0581 AGF |
| MICHAEL MURPHY, | ) |
| Respondent. | ) |

## **JUDGMENT**

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the petition of Arlando Boyd for habeas relief is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of June, 2008.